**No. 64053.**—Ecclesiastical Art *v.* United States, protest 59/18808 (Galveston).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 64054.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 59/19149 (New York).

Opinion by LAWRENCE, J. An examination of the record disclosed that the full amount of duty due had not been paid at the time of protest. Accordingly, the defendant's motion to dismiss for lack of prosecution was denied, and the protest was dismissed *sua sponte* for lack of prosecution.